

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2018

No. 04-18-00316-CR

Eustorgio Guzman **RESENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 91-CR-43-B
Honorable Gilberto Hinojosa, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is ORDERED DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 1, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2018.

_____
Keith E. Hottle, Clerk of Court